CJS
3/3/22

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Cristian Gabriel HENRIQUEZ-Pena,<br><br>Defendant. | Case No. 22MJ8167<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about March 2, 2022, within the Southern District of California, defendant, Cristian Gabriel HENRIQUEZ-Pena, an alien, who previously had been excluded, deported and removed from the United States to Honduras, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and (557)), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_Robert W. Daltorio_
ROBERT DALTORIO
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 3rd day of March, 2022.

_Ruth Bermudez Montenegro_
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Cristian Gabriel HENRIQUEZ-Pena

## STATEMENT OF FACTS

I, Border Patrol Agent Sergio Mora declare under penalty of perjury, the following is true and correct:

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) Patrick R. Tafoya that defendant, Cristian Gabriel HENRIQUEZ-Pena (HENRIQUEZ), attempted to enter the United States and was arrested on March 2, 2022, near Andrade, California.

On March 2, 2022, at approximately 2:00 a.m., Yuma Sector Communications Center notified BPA Tafoya that they had observed seven (7) subjects crossing the United States/Mexico international boundary into the United States approximately 4.5 miles west of the Andrade, California, Port of Entry. BPA Tafoya responded in a marked United States Border Patrol truck. BPA Tafoya approached the group and announced that he is a Border Patrol Agent. All seven (7) subjects ran to evade arrest. BPA Tafoya chased after the subjects and located them attempting to conceal themselves in thick brush. BPA Tafoya asked the subjects, including Cristian Gabriel HENRIQUEZ-Pena (HENRIQUEZ), if they had any documentation that would allow them to remain in the United States legally and they said that they did not. The subjects were apprehended .2 miles north of the United States/Mexico border and three (3) miles west of the Andrade, California, Port of Entry.

Record Checks revealed HENRIQUEZ was ordered removed from the United States by an immigration judge on July 22, 2011. HENRIQUEZ was last removed from the United States to Honduras on November 12, 2021 through Alexandria, Louisiana.

There is no evidence showing that HENRIQUEZ has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact to the writing of this document: BPAs Christopher Grabbatin, Sergio Mora, Daniel Tellez Rivera.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, seizure, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPA Patrick R. Tafoya.